[Cite as *07/29/2003 Case Announcements,* 2003-Ohio-4009.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### *July 29, 2003*

### MOTION AND PROCEDURAL RULINGS

**2002–1758.   Coryell v. Bank One Trust Co.**
Franklin App. No. 02AP–191, 2002-Ohio-4443. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On April 23, 2003, this case was consolidated with Supreme Court case No. 2003–0426, *Weller v. Titanium Metals Corp. et al.* for purposes of oral argument.

IT IS ORDERED by the court, sua sponte, that oral argument shall be extended to twenty minutes per side.

**2003–0350.   State v. Reine.**
Montgomery App. No. 19157, 2003-Ohio-50. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. On June 11, 2003, this court issued an order consolidating this case with Supreme Court case No. 2003–0351 and ordering combined briefing. Whereas, the record in this case was filed on a different date than the filing of the record in case No. 2003–0351,

IT IS ORDERED by the court, sua sponte, that appellant shall file its combined brief on or before August 5, 2003, and the parties shall otherwise proceed in accordance with S.Ct.Prac. R. VI.

**2003–0351.   State v. Barksdale.**
Montgomery App. No. 19294, 2003-Ohio-43. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. On June 11, 2003, this court issued an order consolidating this case with Supreme Court case No. 2003–0350 and ordering combined briefing. Whereas, the record in this case was filed on a different date than the filing of the record in case No. 2003–0350,

IT IS ORDERED by the court, sua sponte, that appellant shall file its combined brief on or before August 5, 2003, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2003–0426.   Weller v. Titanium Metals Corp.**
Certified Question of State Law, No. C202290. This cause is pending before the court on the certification of a state law question from the United States District Court for the Southern District of Ohio, Eastern Division. On April 23, 2003, this case was consolidated with Supreme Court case No. 2002–1758, *Coryell v. Bank One Trust Co. et al.* for purposes of oral argument.

IT IS ORDERED by the court, sua sponte, that oral argument shall be extended to twenty minutes per side.

### MISCELLANEOUS DISMISSALS

**2003–1025.   State v. Axson.**
Cuyahoga App. No. 81231, 2003-Ohio-2182. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellee/cross-appellant has not filed a memorandum in support of cross-appeal, due July 9, 2003, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute the cross-appeal with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal .be, and hereby is, dismissed, sua sponte.

IT IS FURTHER ORDERED by the court that appeal of the state of Ohio remains pending.